UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 6:20-cr-91-Orl-31GJK

ALEXANDER ERIC CRAWFORD

| JUDGE: | Gregory A. Presnell | COUNSEL FOR GOVERNMENT: | Emily C. L. Chang |
|---|---|---|---|
| DEPUTY CLERK: | Lisa Milliron | COUNSEL FOR DEFENDANT: | David M. Edelstein |
| COURT REPORTER: | Nikki Peters | PROBATION: | Angela Harris-Butler |
| SCHEDULED DATE/TIME: | November 10, 2020 10:00 AM | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING

Defendant makes a statement to the Court.

**SENTENCE IMPOSED as to Count One of the Indictment.**

**INCARCERATION**: 30 months.

**SUPERVISED RELEASE**: Three years. *Special conditions of supervised release:* Drug testing requirements are imposed. Substance abuse aftercare treatment conditions imposed. Defendant shall cooperate in the collection of DNA.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**FORFEITURE ORDERED** of those assets identified in the Preliminary Order of Forfeiture entered at Doc. 46.

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant be placed in a facility in the Eastern District of Wisconsin, if appropriate and available, and that he be permitted to participate in the residential drug abuse prevention program (RDAP) while he is incarcerated.

Defendant advised of right to appeal.

Time in court:  9:58 a.m. - 10:30 a.m.;   Total time in court:  32 minutes